IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

___

| | | |
|---|---|---|
| **RENE MONTGOMERY and** | ) | |
| **DEBORAH JOHNSON,** | ) | |
| | ) | |
| **PlaintiffS,** | ) | |
| | ) | |
| v. | ) | No. 08-2344-STA |
| | ) | |
| **HARRAH'S ENTERTAINMENT,** | ) | |
| **HARRAH'S CASINO, formerly** | ) | |
| **GRAND CASINO TUNICA, and** | ) | |
| **SCHINDLER ELEVATOR** | ) | |
| **CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

___

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
___

Before the Court is Defendant Harrah's Entertainment Inc's Motion to Dismiss, (D.E. # 10), filed on May 29, 2009.   The Magistrate Judge recommended that Defendant's Motion be granted and the case dismissed.  Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation within the time.  Having reviewed the Magistrate Judge's report and recommendation de novo, and the entire record of the proceeding, the Court hereby ADOPTS the Magistrate Judge's report and **GRANTS** Defendant's Motion to Dismiss.

   **IT IS SO ORDERED.**

                                        s/ S. Thomas Anderson
                                        S. THOMAS ANDERSON
                                        UNITED STATES DISTRICT JUDGE

                                        Date: December 1st , 2009.